# IN THE SUPREME COURT OF THE STATE OF NEVADA

WAYNE HAGENDORF, AN
INDIVIDUAL,

         Appellant,

vs.

NATIONSTAR MORTGAGE, LLC; AND
METLIFE HOME LOANS, A DIVISION
OF METLIFE BANK, N.A.,

         Respondents.

No. 74832



FILED

JUN 07 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

When this appeal was docketed, the notice of appeal was filed without the required case appeal statement. Therefore, on January 9, 2018, this court issued a notice to file the case appeal statement within ten days. On February 13, 2018, this court entered an order again directing appellant to file the case appeal statement within ten days.

On February 22, 2018, because appellant had failed to file the docketing statement, this court issued a notice to file the docketing statement within ten days. As appellant failed to comply with this court's directives to file the case appeal statement and the docketing statement, on March 12, 2018, this court entered an order directing appellant to file the case appeal statement and the docketing statement within ten days. As counsel failed to comply with that order, on March 30, 2018, this court entered another order directing counsel to file the case appeal statement and the docketing statement within ten days. In addition, counsel was cautioned that failure to comply timely may result in the imposition of sanctions.

As counsel failed to comply with that order, on April 23, 2018, this court entered an order directing appellant's counsel, within 15 days from the date of the order, to pay the sum of $1,000 to the Supreme Court

18-21782

Law Library and to provide this court with proof of such payment. The order further directed that the sanction would be automatically vacated, if appellant filed the case appeal statement and the docketing statement within ten days. The order cautioned counsel that failure to comply with the order may result in additional sanctions, including but not limited to, referral to the State Bar of Nevada and dismissal of this appeal as abandoned.

On April 24, 2018, counsel for appellant filed the docketing statement as directed. However, as of today's date, counsel still has not filed the case appeal statement. Because counsel failed to comply fully with our April 23, 2018, order, and because counsel disregarded our numerous previous directives to file the case appeal statement, we order this appeal dismissed.

It is so ORDERED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:  Hon. Michelle Leavitt, District Judge
     Eleissa C. Lavelle, Settlement Judge
     Hagendorf Law Firm
     Weinstein & Riley, P.S.
     Akerman LLP/Las Vegas
     Eighth District Court Clerk